rule on representatives extended *p. 239; (6) rule on representatives extended *p. 333; (7) abated *p. 414.

PAPERS IN FILE: (1) Agreement for amicable suit, security for costs; (2) declaration; (3) motion for rule on clerk to issue notice to representatives of deceased defendant.

*1824–36 Calendar*, MS p. 103.

## SETH TAFT *versus* ANDREW WESBROOK.

JOURNAL ENTRIES (1826): *Journal 4:* (1) Rule to strike from docket *p. 101.

PAPERS IN FILE: (1) Precipe for capias; (2) affidavit for bail; (3) capias and return.

*1824–36 Calendar*, MS p. 105.

## MARK LUCE *versus* GEORGE POSTAL.

JOURNAL ENTRIES (1826–28): *Journal 4:* (1) Rule to assign errors *p. 102; (2) continued *p. 115; (3) continued *p. 138; (4) case argued, submitted *p. 153; (5) judgment reversed *p. 164.

PAPERS IN FILE: (1) Precipe for writ of error; (2) writ of error, transcript of record; (3) assignment of errors, joinder.

*1824–36 Calendar*, MS p. 112. Recorded in *Book C*, MS pp. 113-8.

## EPHRAIM CHEESBROUGH AND JAMES J. VAN ALEN *versus* HENRY J. HUNT.

JOURNAL ENTRIES (1826–30): *Journal 4:* (1) Death suggested *p. 101; (2) continued *p. 137; (3) rule to issue notice to representatives of deceased defendant *p. 138; (4) rule on representatives to make themselves parties *p. 191; (5)